JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LENGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC., a limited liability company; CHARTER COMMUNICATIONS, INC., a corporation; and DOES I through 70, Inclusive,<br><br>Defendant. | Case No. **CV12-4834-MWF (SHx)**<br><br>**JUDGMENT REGARDING DEFENDANTS CHARTER COMMUNICATIONS, LLC AND CHARTER COMMUNICATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1

The Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment of Defendants Charter Communications, LLC and Charter Communications, Inc. (collectively, "Charter") came on regularly for hearing on January 7, 2013. The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, ordered that Charter's Motion for Summary Judgment be GRANTED. (Order Granting Defendants' Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment (Docket No. 16)).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Plaintiff Christopher Lenge and in favor of Defendants Charter Communications, LLC and Charter Communications, Inc.;
2. Lenge will take nothing by way of the Complaint and this action is dismissed with prejudice on its merits and in its entirety; and
3. Charter Communications, LLC and Charter Communications, Inc. may submit an application to tax costs according to proof.

IT IS SO ORDERED.

DATED: January 25, 2013

    _____
    MICHAEL W. FITZGERALD
    United States District Judge